50961. WESTERN AMERICAN LIFE INSURANCE COMPANY v. PLUNKETT et al.
50962. WESTERN AMERICAN LIFE INSURANCE COMPANY v. McCLESKEY.
50963. WESTERN AMERICAN LIFE INSURANCE COMPANY v. MALOOF.

QUILLIAN, Judge.
The controlling question of law in these cases is the same as that in *Western American Life Ins. Co. v. Hicks,*

135 Ga. App. 90 (217 SE2d 323), decided by this court May 20, 1975, and that decision requires that we reverse the summary judgments for the plaintiff.

*Judgments reversed. Pannell, P. J., and Clark, J., concur.*

ARGUED SEPTEMBER 2, 1975 — DECIDED OCTOBER 9, 1975 — REHEARING DENIED NOVEMBER 5, 1975 —

*Fierer & Devine, Foy R. Devine, Thomas J. Hughes, Jr.,* for appellant.

*D. Lurton Massee, Dennis S. Meir, Claude E. Hambrick, Richard E. Thomasson, Matthew H. Patton, Newton B. Schwartz,* for appellees.